UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  Gordon Tate Smith and
Adam Wilson Smith,
Debtors.

Case No. 21-00137-jwb
Chapter 13

### DEBTORS' SECOND PRE-CONFIRMATION AMENDMENT OF CHAPTER 13 PLAN

The Debtors, by and through their attorneys, USADebt Bankruptcy Attorneys, hereby amend the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on January 20, 2021. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtors amend the plan as follows:

   A. ¶ III.D. of the plan is amended for the following:

| Non-Debtor Party's address & account No | Property Description | Monthly Payment Amount | No. of Months Remaining | Cure Amount |
|---|---|---|---|---|
| Aaron's, 2685 Henry St Ste A, Muskegon, MI 49441 | Washer/Dryer | $100.00 | 12 | N/A |
| Clinton & Kasie Wood, 8562 S Oceana Drive, Montague, MI 49437 | 815 S Mears Ave, Whitehall, MI 49461 | $475.00 (insurance paid outside of payment) | 120 | N/A |
| REI Bluekey LLC, 8111 Preston Rd STE 425, Dallas, TX 75225 | 852 Dykstra Rd, Muskegon MI 49445 | $914.00 (includes escrow for property taxes and insurance) | 352 | $4,700.00 |

   B. In all other respects the chapter 13 plan remains the same.

Date: 6-30-21        /S/ Gordon Smith
                     Gordon Tate Smith

Date: 6-30-21        /S/
                     Adam Wilson Smith

                     USADebt Bankruptcy Attorneys

Date: 7-1-2021       By: /S/
                     Jeremy B. Shephard (P72719)
                     866 3 Mile Road NW Suite B
                     Grand Rapids, MI 49544
                     (616) 784-1700